**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
**CHENG KANG SHI,**

                Petitioner,                        **ORDER**

    -against-                                      06 CV 2093 (NG) (RLM)

**WILLIAM CONNOLLY,**

                **Defendant.**
-----------------------------------------------------------X

**GERSHON, United States District Judge:**

        On July 12, 2007, Magistrate Judge Roanne L. Mann issued her report and recommendation ("R&R") recommending that habeas corpus relief be denied. Despite extended opportunities to do so, see Orders of September 27, 2007 and October 3, 2007, neither petitioner nor his attorney have filed objections to the R&R. Nonetheless, the court has reviewed the R&R, which exhaustively addresses the claims made by petitioner. The R&R is adopted, and the petition for a writ of habeas corpus is denied. As petitioner has failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.

                                                    **SO ORDERED.**

                                                    /s
                                          **NINA GERSHON**
                                          **United States District Judge**

Dated: December 13, 2007
       Brooklyn, New York